<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

_____

**No. 11-2339**

_____

FRANKLIN C. REAVES, Reverend, PhD,

       Plaintiff – Appellant,

    v.

MARK RICHARDSON, Individually and in his official capacity as Sheriff of Marion County; ALBERT WOODBURY, Individually and in his official capacity as Deputy Sheriff of Marion County; LEVON NICHOLS, Individually and in his official capacity as Sheriff of Marion County; BOBBY L. CRAWFORD, Individually and in his official capacity as Deputy Sheriff of Marion County; TIM HARPER, Individually and as Administrator of Marion County; WILLIE D. REAVES; CITY OF MARION; TOWN OF SELLERS; HYBERT N. STRICKLAND, Individually and in her official capacity; DONNA OWENS, Individually and in her official capacity; C. SMITH, Individually and in his official capacity as deputy sheriff of Marion County,

       Defendants - Appellees,

    and

SHERRY RHODES, individually and in her official capacity as Marion County Clerk of Court; JERRY VINSON, Individually and in his official capacity as Family Court Judge; MARION COUNTY SHERIFF'S DEPARTMENT; MARION COUNTY JAIL; WILLIAM YOUNG, Individually and in his official capacity as Family Court Judge; LUVENIA WRIGHT, Mayor of Town of Sellers; BOBBY GERALD, Mayor of City of Marion; SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES,

       Defendants.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.   Terry L. Wooten, District Judge. (4:09-cv-00820-TLW-SVH)

Submitted:  April 19, 2012                    Decided:  April 24, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Franklin C. Reaves, Appellant Pro Se.   Robert Thomas King, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina; Douglas Charles Baxter, RICHARDSON, PLOWDEN & ROBINSON, PA, Myrtle Beach, South Carolina; Michelle Parsons Kelley, RICHARDSON, PLOWDEN & ROBINSON, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Franklin C. Reaves appeals the district court's order denying his motions for a stay and to alter or amend the court's prior order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) civil rights action[*] and accepting the recommendation of the magistrate judge and granting the motions for attorney's fees filed by several Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reaves v. Richardson, No. 4:09-cv-00820-TLW-SVH (D.S.C. Nov. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Because Reaves filed his motion for reconsideration of the court's order dismissing his § 1983 action within the twenty-eight-day time limit for motions under Fed. R. Civ. P. 59(e), we treat the motion as a Rule 59(e) motion to alter or amend judgment. Katyle v. Penn Nat'l Gaming, Inc., 637 F.3d 462, 471 n.4 (4th Cir.), cert. denied, 132 S. Ct. 115 (2011).

3